UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-14007-TP-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WALTER BRELAND,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE: 2] before a Magistrate Judge.

**THE MATTER** was convened via videoconference on the Zoom platform before Magistrate Judge Shaniek M. Maynard on March 8, 2021 and a Report and Recommendation was filed, [DE: 23], recommending that the Defendant be found to have violated his supervised release as to Violation Number 1, 2, 3, and 5 as set forth in the Petition, but that Violation Number 4 be dismissed. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 23] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 1, 2, 3, and 5 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Due to the current public health emergency, and to protect the health and safety of the parties and court staff, hearings can be held via videoconferencing with the Defendant's consent

to appear by video. Sentencing in this matter will be set on **Wednesday, May 12, 2021 at 11:00 a.m.** Login instructions for hearing will be emailed to all of the parties prior to the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of April, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office